Shanon J. Carson (PA 85957)*
Sarah R. Schalman-Bergen (PA 206211)*
Alexandra L. Koropey (PA 315240)*
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
Email: scarson@bm.net
Email: sschalman-bergen@bm.net
Email: akoropey@bm.net
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **MICHAEL CIAMILLO and ARTHUR DENHAM, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BAKER HUGHES INCORPORATED,**<br><br>**Defendant.** | Civil Action No. 3:14-cv-00081-RRB<br><br>Chief Judge Beistline<br><br>Electronically Filed |

### PLAINTIFFS' UNOPPOSED MOTION FOR
### PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

Plaintiffs Michael Ciamillo and Arthur Denham ("Plaintiffs"), through their undersigned counsel, respectfully move this Court for an Order:

1. Granting preliminary approval of the parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion;

2. For purposes of settling this lawsuit, provisionally certifying the following Settlement Class pursuant to 29 U.S.C. § 216(b), pending final approval of the settlement: "all individuals who worked in the field for [Baker Hughes Incorporated] as Field Supervisors, and who have been paid pursuant to a salary plus day rate compensation system during the Class Period, and received at least one field service payment under the 'Field Service Pay' paycode";

3. For purposes of settling this lawsuit, provisionally certifying the following State Law Class pursuant to FED. R. CIV. P. 23, pending final approval of the settlement: "all members of the Settlement Class who were employed by [Baker Hughes Incorporated] in states with statutory wage and hour laws";

4. Preliminarily appointing Plaintiffs Ciamillo and Denham as the Representatives of the Settlement Class and State Law Class;

5. Preliminarily appointing Berger & Montague, P.C. and Hardin & Hughes, LLP as Class Counsel for the Settlement Class and State Law Class;

6. Appointing Angeion Group, LLC as Settlement Administrator and preliminarily approving the costs of settlement administration;

7. Approving the Notice and Claim Form, true and correct copies of which are attached as Exhibits A and B, respectively, to the Settlement Agreement; and

8. Approving the proposed schedule and procedure for completing the final approval process as set forth in the parties' Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Shanon J. Carson in Support of the Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

2

*Ciamillo, et al. v. Baker Hughes Incorporated*, No. 3:14-cv-00081-RRB (D. Alaska)
Case 3:14-cv-00081-RRB   Document 53   Filed 02/13/15   Page 2 of 4

A proposed Order is submitted for the Court's consideration.

Dated: February 13, 2015                    Respectfully submitted,


                                            s/ Shanon J. Carson
                                            Shanon J. Carson*
                                            Sarah R. Schalman-Bergen*
                                            Alexandra L. Koropey*
                                            BERGER & MONTAGUE, P.C.
                                            1622 Locust Street
                                            Philadelphia, PA 19103
                                            Telephone: (215) 875-3000
                                            Facsimile: (215) 875-4604
                                            scarson@bm.net
                                            sschalman-bergen@bm.net
                                            akoropey@bm.net
                                            *Admitted *pro hac vice*.

                                            David A. Hughes (*pro hac vice*)
                                            HARDIN & HUGHES, LLP
                                            2121 14th Street
                                            Tuscaloosa, AL 35401
                                            Telephone: (205) 344-6690
                                            Facsimile: (205) 344-6188
                                            dhughes@hardinhughes.com

                                            Lee Holen (Alaska Bar No. 7810071)
                                            LEE HOLEN LAW OFFICE
                                            113 W. Northern Lights Blvd., Suite 218
                                            Anchorage, AK 99503
                                            Telephone: (907) 278-0298
                                            Facsimile: (907) 278-0247
                                            Email: leeholen@alaska.net

                                            *Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 13th day of February, 2015.

                                      s/ Shanon J. Carson
                                      Shanon J. Carson