IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL CIAMILLO and ARTHUR DENHAM, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>BAKER HUGHES INCORPORATED,<br><br>    Defendant. | Civil Action No. 3:14-cv-00081-RRB<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT** |

AND NOW, this 17th day of February, 2015, upon consideration of Plaintiffs' Michael Ciamillo and Arthur Denham ("Plaintiffs") Unopposed Motion for Preliminary Approval of the Settlement Agreement at **Docket 53,** the Court grants Plaintiffs' motion and **ORDERS** as follows:

1. The Parties' Settlement Agreement is preliminarily approved as fair, reasonable, and adequate;

2. For settlement purposes, the following Settlement Class is provisionally certified, pursuant to 29 U.S.C. § 216(b), pending final approval of the settlement: "all individuals who worked in the field for [Baker Hughes Incorporated] as Field Supervisors and who have been paid pursuant to a salary plus day rate compensation system during the Class Period and received at least one field service payment under the 'Field Service Pay' paycode";

3. For settlement purposes, the following State Law Class is provisionally certified, pursuant to Federal Rule of Civil Procedure 23, pending final approval of the settlement: "all members of the Settlement Class who were employed by [Baker Hughes Incorporated] in states with statutory wage and hour laws";

4. Plaintiffs Ciamillo and Denham are preliminarily approved as the Representatives of the Settlement Class and State Law Class;

5. Berger & Montague, P.C. and Hardin & Hughes, LLP are preliminarily approved as Class Counsel for the Settlement Class and State Law Class;

6. The Angeion Group, LLC is approved as Settlement Administrator and the costs of settlement administration are preliminarily approved;

7. The proposed Notice and Claim Form are approved and shall be sent out pursuant to the terms of the Settlement Agreement; and

8. The following schedule and procedures for completing the final approval process as set forth in the parties' Settlement Agreement are hereby approved:

| Defendant to send CAFA Notice | Within ten (10) business days after submission of the Settlement Agreement to the Court |
|---|---|
| The Parties to provide Class Member information ("Class List") to the Settlement Administrator | Within ten (10) business days after preliminary approval |
| Mailing of Class Notices and Claim Forms | Within ten (10) business days after receiving Class List |

| Plaintiff's Motion for Approval of Attorneys' Fees and Costs | Thirty (30) days after the mailing of Notice and Claim Forms |
|---|---|
| Deadline to postmark Claim Form, objection or requests for exclusion from Settlement ("Notice Deadline") | Sixty (60) days after the mailing of the Notice and Claim Forms |
| Settlement Administrator provides Interim Report to Class Counsel and Defendant | Within five (5) business days after the Notice Deadline |
| Plaintiff's Motion for Final Approval | Ten (10) business days after Notice Deadline |
| Final Approval Hearing | At the Court's convenience, but no earlier than 120 days after preliminary approval |
| Effective Date | The first business day after the Court's final approval of the Settlement is finally affirmed on appeal and/or is no longer subject to appeal or certiorari, and the time for any petition for reargument, appeal, or review, by certiorari or otherwise, has expired (i.e., thirty days from Final Approval). |
| Defendant wires the Gross Settlement Amount to the Settlement Administrator | Within five (5) business days after Effective Date |
| Defendant executes Election Statement | Within five (5) business days after Defendant wires the Gross Settlement Amount to the Settlement Administrator and receives an election statement from the Settlement Administrator |
| Settlement Administrator provides Class Counsel and Defendant with all Claim Forms, final report and Settlement Awards to be Paid to all Eligible Class Members | At least ten (10) business days before Settlement Awards are mailed |
| Settlement Administrator pays approved Attorneys' Fees and Costs | Within seven (7) business days after the Effective Date |

| Settlement Administrator mails Service Awards to the Named Plaintiffs | Within seven (7) business days after the Effective Date |
|---|---|
| Settlement Administrator Pays Net Settlement Fund to the Eligible Class Members | Within thirty (30) days after the Effective Date or as soon as reasonably practicable |
| Checks remain valid | 180 days after issuance of checks to Eligible Class Members |

The Final Approval Hearing in this matter will be held on **Thursday, July 9, 2015, at 10:00 A.M.** in Anchorage Courtroom 2.

**IT IS SO ORDERED** this 17th day of February, 2015.

                                          S/RALPH R. BEISTLINE
                                          UNITED STATES DISTRICT JUDGE