Mary Lee Holen (Alaska Bar No. 7810071)
**Lee Holen Law Office**
113 W. Northern Lights Blvd., Suite 218
Anchorage, AK 99503
Telephone: (907) 278-0298
Facsimile: (907) 278-0247
Email: leeholen@alaska.net

Shanon J. Carson (PA 85957)*
Sarah R. Schalman-Bergen (PA 206211)*
Alexandra L. Koropey (PA 315240)*
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
Email: scarson@bm.net
Email: sschalman-bergen@bm.net
Email: akoropey@bm.net
*Admitted *pro hac vice.*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **MICHAEL CIAMILLO and ARTHUR DENHAM, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BAKER HUGHES INCORPORATED,**<br><br>**Defendant.** | **Civil Action No. 3:14-cv-00081-RRB**<br><br>**Chief Judge Beistline** |

# PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 23(h), Class Counsel[1] for Plaintiffs Michael Ciamillo and Arthur Denham, individually and on behalf of all others similarly situated, respectfully seek an award of attorneys' fees in the amount of $1,501,125.00, which represents thirty percent (30%) of the non-reversionary Five Million Three Thousand Seventy Hundred Fifty Dollars ($5,003,750.00) Gross Settlement Amount that Defendant Baker Hughes Incorporated ("Defendant" or "Baker Hughes") has agreed to pay to resolve the claims against it in this litigation, and the reimbursement of out-of-pocket costs incurred by Class Counsel, which currently are $19,284.56.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Shanon J. Carson, David A. Hughes, and local counsel, Mary Lee Holen, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

Dated: April 16, 2015

Respectfully submitted,

s/ Shanon J. Carson
Shanon J. Carson*
Sarah R. Schalman-Bergen*
Alexandra L. Koropey*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
akoropey@bm.net
*Admitted *pro hac vice*.

[1] Class Counsel includes the law firms of Berger & Montague, P.C. and Hardin & Hughes, LLP. *See* Order Granting Preliminary Approval of Settlement Agreement ¶ 5 ("Berger & Montague, P.C. and Hardin & Hughes, LLP are preliminarily approved as Class Counsel…"). (ECF No. 56.)

David A. Hughes (*pro hac vice*)
HARDIN & HUGHES, LLP
2121 14th Street
Tuscaloosa, AL 35401
Telephone: (205) 344-6690
dhughes@hardinhughes.com

Mary Lee Holen (Alaska Bar No. 7810071)
Lee Holen Law Office
113 W. Northern Lights Blvd., Suite 218
Anchorage, AK 99503
Telephone: (907) 278-0298
Facsimile: (907) 278-0247
leeholen@alaska.net

*Attorneys for Plaintiff and the Settlement Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendant through the Court's ECF system this 16th day of April, 2015.

s/ Shanon J. Carson
Shanon J. Carson