# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL CIAMILLO and ARTHUR DENHAM, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BAKER HUGHES INCORPORATED,<br><br>    Defendant. | Civil Action No. 3:14-cv-00081-RRB<br><br>**Chief Judge Beistline** |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

On this 22nd day of April, 2015, the Court considered Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs. Having considered the motion, the Court is of the opinion that it should be GRANTED. Attorneys' fees are awarded in the amount of $1,501,125.00, and Costs are awarded in the amount of $_____.

Dated this 22nd day of April, 2015.

                                              BY THE COURT,

                                              S/ RALPH R. BEISTLINE
                                              Honorable Ralph R. Beistline
                                              Chief United States District Judge