Mary Lee Holen (Alaska Bar No. 7810071)
**Lee Holen Law Office**
113 W. Northern Lights Blvd., Suite 218
Anchorage, AK 99503
Telephone: (907) 278-0298
Facsimile: (907) 278-0247
Email: leeholen@alaska.net

Shanon J. Carson (PA 85957)*
Sarah R. Schalman-Bergen (PA 206211)*
Alexandra L. Koropey (PA 315240)*
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
Email: scarson@bm.net
Email: sschalman-bergen@bm.net
Email: akoropey@bm.net
*Admitted *pro hac vice*.

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **MICHAEL CIAMILLO and ARTHUR DENHAM, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BAKER HUGHES INCORPORATED,**<br><br>**Defendant.** | Civil Action No. 3:14-cv-00081-RRB<br><br>**Chief Judge Beistline** |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

Plaintiffs Michael Ciamillo and Arthur Denham ("Plaintiffs") respectfully move this Court for an Order:

1. Granting final approval of the parties' Settlement Agreement, submitted to the Court at ECF No. 53-1;

2. Granting final certification of the following State Law Class pursuant to Fed. R. Civ. P. 23: all individuals who worked in the field for Baker Hughes Incorporated as Field Supervisors, and who have been paid pursuant to a salary plus day rate compensation system during the Class Period, and received at least one field service payment under the "Field Service Pay" paycode, and who were employed by Baker Hughes Incorporated in states with statutory wage and hour laws;

3. Finally approving Plaintiffs Michael Ciamillo and Arthur Denham as the representatives of the State Law Class, and approving the $10,000.00 service awards each to Plaintiffs Ciamillo and Denham for their service to the Class and in exchange for their additional released claims in favor of Defendant;

4. Finally approving Berger & Montague, P.C. and Hardin & Hughes, LLP as Class Counsel for the State Law Class, and finally approving Class Counsel's attorneys' fees and costs as set forth in Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs (ECF Nos. 57-58), to which there has been no objection by any Class Member;

5. Finally approving Angeion Group LLC as the Settlement Administrator and finally approving the costs of settlement administration not to exceed $25,000.00; and

6. Dismissing this class and collective action with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Sandy Peneda-Sibley of Angeion Group LLC, and all other records, pleadings and papers on file in this action.

A proposed Order is submitted for the Court's consideration.

Dated: June 1, 2015                    Respectfully submitted,

                                                     s/ Shanon J. Carson
Shanon J. Carson*
Sarah R. Schalman-Bergen*
Alexandra L. Koropey*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
akoropey@bm.net

David A. Hughes*
HARDIN & HUGHES, LLP
2121 14th Street
Tuscaloosa, AL 35401
Telephone: (205) 344-6690
Facsimile: (205) 344-6188
dhughes@hardinhughes.com

*Admitted *pro hac vice*.

Mary Lee Holen (Alaska Bar No. 7810071)
LEE HOLEN LAW OFFICE
113 W. Northern Lights Blvd., Suite 218
Anchorage, AK 99503
Telephone: (907) 278-0298
Facsimile: (907) 278-0247
Email: leeholen@alaska.net

*Attorneys for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendant through the Court's ECF system this 1st day of June, 2015.

s/ Shanon J. Carson
Shanon J. Carson