# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

MICHAEL CIAMILLO, et al.,
    Plaintiff,

Case Number 3:14-cv-00081-RRB

v.

BAKER HUGHES INCORPORATED,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED with prejudice in accordance with the terms of the Settlement Agreement.

APPROVED:

S/ RALPH R. BEISTLINE
United States District Judge

Date: June 29, 2015

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Janice A. Welch
    Janice A. Welch,
    Acting Clerk of Court

[Jmt2 - Basic - rev. 4-1-15}